## DOYLE v. STATE.     (No. 10293.)

(Court of Criminal Appeals of Texas.     June 23, 1926.)

**1. Criminal law ⟐1023(9).**

In view of Code Cr. Proc. 1925, art. 767, absence of sentence constituting a final judgment from which appeal may be taken precludes consideration of appeal on merits.

**2. Criminal law ⟐1023(2).**

In view of Code Cr. Proc. 1925, art. 767, final judgment is essential to confer jurisdiction on the Court of Criminal Appeals.

Appeal from District Court, Denton County; C. R. Pearman, Judge.

W. T. Doyle was convicted of the unlawful manufacture of intoxicating liquor, and he appeals.     Appeal dismissed.

Boyd & Boyd, of Denton, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J.     The offense is the possession of equipment for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of three years.

[1, 2] The absence of the sentence which constitutes the final judgment from which an appeal may be taken precludes a consideration of the appeal on its merits.     The final judgment is essential to confer jurisdiction upon this court.     See Vernon's Tex. Crim. Stat. vol. 2, p. 870, and authorities cited; also article 767, C. C. P. 1925.

The appeal is dismissed.